# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00008              Recorder: CS 02/19/2019              Date: 02/19/2019

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Connie Chung                          Assistant U.S. Attorney: AUSA - Matthew O'Brien

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KHK International Trade Enterprise, Inc.<br>SUMMONS<br><br>SHH World Trading Enterprises, Inc.<br>SUMMONS<br><br>John Seil Lee<br>SUMMONS | James Duff-Retd<br><br><br><br>James Duff - Retd<br><br><br>James Duff-Retd<br>Interp | Korean<br><br><br><br><br><br><br><br><br><br>Korean<br><br><br><br><br><br>Korean | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant corporation SHH World Trading Enterprise/KHK International Trade Enterpise/John Seil Lee represented by James Duff.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Percy Anderson.
Parties are directed to contact Judge Anderson's CRD for further proceedings

PIA: <u>00 : 03</u>
Initials of Deputy Clerk: <u>JM</u>

cc: Statistics Clerk, PSALA Interpreter

CR-85 (09/12)                    CRIMINAL MINUTES - ARRAIGNMENT                    Page 1 of 1